# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:17-cv-485-FDW

| | |
|---|---|
| DANNY R. HEMBREE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FNU BRANCH, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on periodic status review of the case.

On November 5, 2018, the United States Marshals Service was ordered to attempt to serve **Defendants Gaston County Sheriff Cloninger,** and **Gaston County Sheriff's Deputies Branch and Whitlock,** in accordance with Rule 4 of the Federal Rules of Civil Procedure. (Doc. No. 23). The U.S. Marshals Service was instructed to use all reasonable efforts to locate and obtain personal service on Defendants and, if it was unable to obtain service, to inform the Court of its reasonable attempts to do so. (Id.). No summons form has been returned with regards to Defendants Cloninger, Branch, or Whitlock to date.

Within 14 days of this Order, the U.S. Marshals Service shall file a Response informing the Court of the status of its efforts to serve Defendant Cloninger in accordance with the November 5, 2018, Order.

**IT IS THEREFORE ORDERED that:**

(1) The U.S. Marshal shall file a Response within **fourteen (14)** days of this Order informing the Court of the status of its efforts to serve Defendants Cloninger, Branch, and Whitlock.

1

(2) The Clerk of Court is respectfully instructed to mail a copy of this Order to the U.S. Marshal.

Signed: January 14, 2019

Frank D. Whitney
Chief United States District Judge