UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-485-FDW

| DANNY R. HEMBREE, JR., | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **CORRECTED ORDER** |
| | ) |
| FNU BRANCH, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER** comes before the Court on Defendants Branch, Cloniger, Hughes, and Whitlock's Motion for Extension of Time to Answer the Amended Complaint, (Doc. No. 65), and Motion for Extension of Time to Respond to Discovery Requests, (Doc. No. 66).

The moving Defendants request an extension of time of 20 days to answer or otherwise respond to the Amended Complaint. For good cause shown, the Motion will be granted until June 13, 2019.

These Defendants also request an additional 30 days within which to file a respond to *pro se* Plaintiff's Requests for Admissions to Defendants Hughes, Whitlock and Branch, and Interrogatories to Defendants Whitlock, Branch and Cloniger. The court has "wide latitude in controlling discovery and … [t]he latitude given the district courts extends as well to the manner in which it orders the course and scope of discovery." Ardrey v. United Parcel Service, 798 F.3d 679, 682 (4th Cir. 1986). Defendants represent that counsel for Defendants Flitt and Kim have consented to this request. The Motion will be granted until July 5, 2019.

**IT IS, THEREFORE, ORDERED** that

1

1. Defendants Branch, Cloniger, Hughes, and Whitlock's Motion for Extension of Time to Answer the Amended Complaint, (Doc. No. 65), is **GRANTED** until June 13, 2019.

2. Defendants Branch, Cloniger, Hughes, and Whitlock's Motion for Extension of Time to Respond to Discovery Requests, (Doc. No. 66), is **GRANTED** until July 5, 2019.

Signed: May 21, 2019

Frank D. Whitney
Chief United States District Judge