THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:17-cv-00485-MR

| | |
|---|---|
| DANNY R. HEMBREE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| FNU BRANCH, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' responses to the Court's Order of June 9, 2020 [Docs. 111, 112].

The *pro se* Plaintiff and Defendants Branch and Whitlock advise the Court that they agreed to waive their right to a jury trial in this matter. [Docs. 111, 112]. Based on the parties' representations, the Court will set this matter for a bench trial during the Court's September 8, 2020 mixed trial term.

**IT IS, THEREFORE, ORDERED** that this matter is hereby set for a bench trial during the Court's September 8, 2020 mixed trial term. The parties will be advised at a later time of the precise trial date during that term.

**IT IS SO ORDERED.**

Signed: July 13, 2020

Martin Reidinger
Chief United States District Judge