IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17 CV 485 MR WCM

| | |
|---|---|
| DANNY R. HEMBREE, JR, <br><br> Plaintiff, <br><br> v. <br><br> FNU BRANCH *Deputy Sheriff at the Gaston Co. Jail, in his individual and official capacity*, FNU WHITLOCK *Deputy Sheriff at the Gaston Co. Jail, in his individual and official capacity*, GASTON COUNTY SHERIFF'S DEPARTMENT, FNU FLITT *Dr. at the Gaston Co. Jail, in his individual and official capacity*, FNU HUGHES *Sgt., Deputy Sheriff at the Gaston Co. Jail, in his individual and official capacity*, FNU CLONIGER *Sheriff of Gaston County, in his individual and official capacity*, KIM CARTER *Nurse at the Gaston Co. Jail, in her individual and official capacity*, JENNIFER A. LONG *Deputy Sheriff at the Gaston Co. Jail, in her individual and official capacity*, C. ALLIE *Screening Nurse at the Gaston Co. Jail, in her individual and official capacity* <br><br> Defendants. | ORDER |

This matter is before the undersigned following the Order of the District Court granting the Request for a Judicial Settlement Conference filed by Defendants Branch and Whitlock. <u>See</u> August 4, 2020 Text-Only Order.

A judicial settlement conference is hereby set for August 25, 2020 beginning at 1:00 p.m. The conference will be conducted by telephone. Call-in information will be provided to the parties by separate communication.

Plaintiff shall participate in the conference from Harnett Correctional Institution, Plaintiff's present place of incarceration. Harnett Correctional Institution shall ensure that the necessary accommodations will be made to allow Plaintiff to participate in the settlement conference.

Defendants and their counsel may participate in the conference from any location they deem appropriate, provided that Defendants shall participate in the conference from the same physical location as their counsel, unless permission to the contrary has been given by the Court in advance. Any request seeking such permission shall be filed no later than August 18, 2020. Further, in accordance with this district's Local Civil Rule 16.3(d)(2), a person with full authority (not including counsel of record) to settle all pending claims must also participate in the conference on behalf of all Defendants, to the extent Defendants themselves do not have such authority. Any such person shall also participate from the same location as Defendants, unless permission to the contrary is given in advance.

The Clerk is respectfully instructed to certify a copy of this Order to Lieutenant Warren Davis at Harnett Correctional Institution, Box 1569, Lillington, North Carolina 27546.

It is so ordered.

Signed: August 10, 2020

W. Carleton Metcalf
United States Magistrate Judge